UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH FIORILLO | : | |
| Plaintiff | : | CASE NO. 3:01CV02436 (WWE) |
| V. | : | |
| FRANK PERROTTI, JR., and AUTOMATED SALVAGE TRANSPORT, INC. | : | |
| Defendants | : | |
| FRANK PERROTTI, JR. | : | |
| Third Party Plaintiff | : | October 20, 2003 |
| V. | : | |
| THOMAS MILO | : | |
| Third Party Defendant | : | |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
10-27-03

### MOTION, ON CONSENT, FOR LEAVE TO AMEND COMPLAINT

Joseph Fiorillo, plaintiff, respectfully requests leave to amend the complaint pursuant to Rule 15(a), Federal Rules of Civil Procedure.

The proposed amendment, if allowed, will be the second amendment of the complaint, the first having been made in response to the Court's ruling of December 3, 2002 on the defendant's Motion to Dismiss.

The proposed amendment sets forth a supplemental cause of action against the Defendant *Perrotti* only; it does not affect