UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

December 3, 2003

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **01-2436**    **Fiorello v Perrotti**

Glenn M. Cunningham
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
860-251-5000

Joseph E. Faughnan
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507
203-624-9830


Karen Baldwin Kravetz
Susman, Duffy & Segaloff
55 Whitney Ave., PO Box 1684
New Haven, CT 06507
203-624-9830


Jason Marc Kuselias
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8200

R. Michael Meo, Jr.
Shipman & Goodwin
300 Atlantic St.
Stamford, CT 06901-3522
203-324-8100

John L. Pollok
Hoffman & Pollok
260 Madison Avenue
New York, NY 10016
212-679-2900

Craig A. Raabe
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8200


William A. Rome
Hoffman & Pollok
260 Madison Avenue
New York, NY 10016
212-679-2900

Kurt F. Zimmermann
Silverstein & Osach
234 Church St., Suite 902
P O Box 1727
New Haven, CT 06510
203-865-0121


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK