59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JOSEPH FIORILLO  :  2004 FEB 12 P 2: 11

   Plaintiff  :

V.  :

   :  CASE NO. 3:01CV02436 (WWE)

FRANK PERROTTI, JR., and  :
AUTOMATED SALVAGE  :
TRANSPORT, INC. [ASTI]  :

   Defendants  :

FRANK PERROTTI, JR.  :

   d Party Plaintiff  :

   :  February 9, 2004

MAS MILO  :

   d Party Defendant  :

Report Approved.
Discovery cutoff date 6-30-2004
Dispositive Motions due by 6-30-2004
SO ORDERED
2/23/2004
Warren W. Eginton, Sr. U.S.D.J.

## RULE 26 (f) REPORT OF PARTIES' PLANNING MEETING

Complaint Filed:         December 28, 2001.
\_ded Complaint:         December 23, 2002.
d Amended Complaint:    November 1, 2003.
Complaint Served:       January 16, 2002.

of Defendant **Perrotti, Jr.'s** Appearance: **April 23, 2002.**
of Defendant **ASTI's** Appearance: **March 15, 2002.**
of Third Party Defendant Milo's Appearance: **July 18, 2003.**

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a conference was held on December 3, 2003.

The participants were: **Kurt Zimmermann** for **Plaintiff Joseph Fiorillo**, and **Jason M. Kuselias** for both **Defendants Frank Perrotti, Jr.** and **ASTI** and **Karen Baldwin Kravetz**