UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH FIORILLO | : | |
|     Plaintiff | : | CASE NO. 3:01CV02436 (WWE) |
| | : | |
| V. | : | |
| | : | |
| FRANK PERROTTI, JR., and | : | |
| AUTOMATED SALVAGE | : | |
| TRANSPORT, INC. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| FRANK PERROTTI, JR. | : | |
|   Third Party Plaintiff | : | March 24, 2004 |
| | : | |
| V. | : | |
| | : | |
| THOMAS MILO | : | |
|   Third Party Defendant | : | |

## MOTION, ON CONSENT, FOR LEAVE TO AMEND COMPLAINT

Joseph Fiorillo, plaintiff, respectfully requests leave to amend the complaint pursuant to Rule 15(a), Federal Rules of Civil Procedure.

The proposed amendment, if allowed, will be the third amendment of the complaint, the first having been made in response to the Court's ruling of December 3, 2002 on the defendants' Motions to Dismiss, and the second to include count four which asserts a cause of action against the defendant Perrotti on a promissory note.

The attached Third Amended Complaint does not seek to add any additional causes or counts, to the prior amendment, but, rather, it is meant to correct it. The Second Amended Complaint contained several extraneous sections of text which inadvertently found their way into the Second Amended Complaint through the

less than perfect application of the word-perfect function of "merging" saved documents. The version filed with the Court mistakenly included portions of the initial complaint (made obsolete by the Court's ruling on the motions to dismiss) and portions of the First Amended Complaint. Moreover, the exhibit which was meant to be attached to it was omitted from the as-filed second amended complaint but an irrelevant document was attached instead.

The undersigned has provided a copy of this Third Amended Complaint and its exhibits to all counsel of record and I have contacted Attorney Jason M. Kuselias for defendants Frank Perrotti, Jr. and ASTI in connection with this request and he has informed that the defendants have no objection to this motion to amend being granted.

The proposed Third Amended Complaint will bring the plaintiff's claims for relief into conformance with the facts of the case.

It is submitted that this amendment to the complaint is necessary and that no prejudice or delay will be occasioned by the granting of this request. The proposed Third Amended Complaint is attached to this motion.

2

Wherefore, it is respectfully requested that the Court accept for filing the Third Amended Complaint.

Respectfully submitted,
Joseph Fiorillo, Plaintiff

By: Kurt F. Zimmermann
Federal Bar No.  ct00581
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510
Telephone: 203-865-0121
Email: kzimmermann@so-law.com

## CERTIFICATION

This is to certify that on March 24, 2004 the foregoing Motion, on consent, for Leave to Amend Complaint and the proposed Third Amended Complaint (with Exhibits A & B) were mailed to the following parties by U.S. Mail.

Jason M. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr. Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Joseph E. Faughnan
Karen Baldwin Kravetz
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok
William A. Rome
Hoffman & Pollok
260 Madison Ave 22nd FL
New York, NY 10016

Kurt F. Zimmermann

3