UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 1:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSEPH FIORILLO
   Plaintiff

V.

FRANK PERROTTI, JR., and
AUTOMATED SALVAGE
TRANSPORT, INC.
   Defendants

CASE NO. 3:01CV02436 (WWE)

FRANK PERROTTI, JR.
   Third Party Plaintiff

V.

THOMAS MILO
   Third Party Defendant

March 24, 2004

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
3-31-04

## MOTION, ON CONSENT, FOR LEAVE TO AMEND COMPLAINT

Joseph Fiorillo, plaintiff, respectfully requests leave to amend the complaint pursuant to Rule 15(a), Federal Rules of Civil Procedure.

The proposed amendment, if allowed, will be the third amendment of the complaint, the first having been made in response to the Court's ruling of December 3, 2002 on the defendants' Motions to Dismiss, and the second to include count four which asserts a cause of action against the defendant Perrotti on a promissory note.

The attached Third Amended Complaint does not seek to add any additional causes or counts, to the prior amendment, but, rather, it is meant to correct it. The Second Amended Complaint contained several extraneous sections of text which inadvertently found their way into the Second Amended Complaint through the