*Held*
*5\4*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 4, 2004

8:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01-cv-2436 (WWE)**    **Fiorillo v. Perrotti**

Glenn M. Cunningham, R. Michael Meo, Jr.
Shipman & Goodwin                    Δ    860-251-5000
One American Row          ~~Shipman & Goodwin~~ *Automated Salvage*
Hartford, CT 06103-2819

Karen Baldwin Kavets
Joseph E. Faughnan
Susman, Duffy & Segaloff              203-624-9830
55 Whitney Ave., PO Box 1684
New Haven, CT 06507

Jason Marc Kuselias Craig Raabe
Robinson & Cole         Δ *Perrotti*
280 Trumbull St.                      860-275-8200
Hartford, CT 06103-3597

John L. Pollok William A. Rome  *Third Party* Δ *Milo*
Hoffman & Pollok
260 Madison Avenue                    212-679-2900
New York, NY 10016

Kurt F. Zimmermann
Silverstein & Osach                   203-865-0121
234 Church St., Suite 902
P O Box 1727
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK