

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 25 A 10: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

JOSEPH FIORILLO

    Plaintiff,

V.

FRANK PERROTTI, JR., and
AUTOMATED SALVAGE TRANSPORT,
INC.

    Defendants.

CIVIL NO. 3:01CV02436 (WWE)

MAY 24, 2004



Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
5-27-04

## AUTOMATED SALVAGE TRANSPORT, INC.'S
## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendant, Automated Salvage Transport, Inc. ("ASTI"), hereby moves the Court for an extension of time of twenty-one (21) days to and including June 16, 2004 within which to respond or object to plaintiff's first set of requests to admit dated April 23, 2004.

The reason for this motion is that ASTI requires additional time to research and respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who does not oppose this motion.

FILED
2004 MAY 27 P 12:54
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

HARTT-1182201