FILED

2004 MAY 25 A 10: 21
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH FIORILLO | : |
| Plaintiff, | : CIVIL NO. 3:01CV02436 (WWE) |
| v. | : |
| FRANK PERROTTI, JR., and AUTOMATED SALVAGE TRANSPORT, INC. | : |
| Defendants. | : MAY 24, 2004 |



Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
5-27-04

## AUTOMATED SALVAGE TRANSPORT, INC.'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendant, Automated Salvage Transport, Inc. ("ASTI"), hereby moves the Court for an extension of time of twenty-one (21) days to and including June 16, 2004 within which to respond or object to plaintiff's first set of interrogatories and production requests dated April 23, 2004.

The reason for this motion is that ASTI requires additional time to research and respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who does not oppose this motion.

HARTI-1182203-1

FILED
2004 MAY 27 P 12: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN