UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH FIORILLO                          :

    Plaintiff,                           :        CIVIL NO. 3:01CV02436 (WWE)

                                    :

V.                                       :

FRANK PERROTTI, JR., and                 :
AUTOMATED SALVAGE TRANSPORT,             :
INC.                                     :
                                         :
    Defendants.                          :        JUNE 15, 2004

### AUTOMATED SALVAGE TRANSPORT, INC.'S
### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the

Local Rules of Civil Procedure, defendant, Automated Salvage Transport, Inc. ("ASTI"),

hereby moves the Court for an extension of time of twenty-one (21) days to and including

July 7, 2004 within which to respond or object to plaintiff's first set of requests to admit.

The reason for this motion is that ASTI requires additional time to research and

respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who consents to this

motion.

HART1-1182207-2

This is defendant's second motion seeking an extension of time to respond to plaintiff's first set of requests to admit.

DEFENDANT,
AUTOMATED SALVAGE
TRANSPORT, INC.

Craig A. Raabe – (ct 04116)
Email:  craabe@rc.com
Jason M. Kuselias – (ct20293)
Email:  jkuselias@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Tel. No.:  (860)275-8200
Fax No.:  (860) 275-8299

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing has been sent via facsimile and first

class mail, postage prepaid, on this 15th day of June, 2004 to:

Kurt F. Zimmermann, Esq.
Silverstein & Osach, P.C.
23 Church Street, Suite 903
New Haven, CT 06510

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr., Esq.
Shipman & Goodwin LLP
One America Row
Hartford, CT 06103-2819

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok, Esq.
William A. Rome, Esq.
Hoffman & Pollok
260 Madison Avenue, 22nd Floor
New York, NY  10016

Jason M. Kuselias