UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 16 A 10: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSEPH FIORILLO

    Plaintiff,

V.

FRANK PERROTTI, JR., and
AUTOMATED SALVAGE TRANSPORT,
INC.

    Defendants.

: CIVIL NO. 3:01CV02436 (WWE)
:
:
:
:
:
:
:
:
: JUNE 15, 2004

*Motion GRANTED 6-16-04*
*WARREN W. EGINTON, Senior United States District Judge*

## AUTOMATED SALVAGE TRANSPORT, INC.'S MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendant, Automated Salvage Transport, Inc. ("ASTI"), hereby moves the Court for an extension of time of twenty-one (21) days to and including July 7, 2004 within which to respond or object to plaintiff's first set of interrogatories and production requests.

The reason for this motion is that ASTI requires additional time to research and respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who consents to this motion.

HART1-1182203-1