FILED
2004 JUN 16 A 10: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH FIORILLO | : |
| Plaintiff, | : CIVIL NO. 3:01CV02436 (WWE) |
| V. | : |
| FRANK PERROTTI, JR., and AUTOMATED SALVAGE TRANSPORT, INC. | : |
| Defendants. | : JUNE 15, 2004 |

### AUTOMATED SALVAGE TRANSPORT, INC.'S
### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendant, Automated Salvage Transport, Inc. ("ASTI"), hereby moves the Court for an extension of time of twenty-one (21) days to and including July 2, 2004 within which to respond or object to plaintiff's first set of requests to admit.

The reason for this motion is that ASTI requires additional time to research and respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who consents to this motion.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

FILED 2004 JUN 17 A
U.S. DISTRICT COURT
BRIDGEPORT, CONN

HART1-1182207-2