UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH FIORILLO | : |
|     Plaintiff, | : CIVIL NO. 3:01CV02436 (WWE) |
| V. | : |
| FRANK PERROTTI, JR., and<br>AUTOMATED SALVAGE TRANSPORT,<br>INC. | : |
|     Defendants. | : JUNE 24, 2004 |

### DEFENDANT, FRANK PERROTTI, JR.'S
### MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, defendant, Frank Perrotti, Jr. ("Perrotti"), hereby moves the Court for an extension of time of twelve (12) days to and including July 7, 2004 within which to respond or object to plaintiff's first set of interrogatories and production requests and to plaintiff's first set of requests to admit.

The reason for this motion is that Perrotti requires additional time to research and respond to the issues raised in the discovery requests.

The undersigned counsel has contacted counsel for plaintiff, who consents to this motion.

HART1-1189164-1

This is defendant's first motion seeking an extension of time to respond to plaintiff's first set of interrogatories and production requests and plaintiff's first set of request for admission.

DEFENDANT,
FRANK PERROTTI, JR.

Craig A. Raabe – (ct 04116)
Email: craabe@rc.com
Jason M. Kuselias – (ct20293)
Email: jkuselias@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860)275-8200
Fax No.: (860) 275-8299

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent via facsimile and first class mail, postage prepaid, on this 24th day of June, 2004 to:

Kurt F. Zimmermann, Esq.
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr., Esq.
Shipman & Goodwin LLP
One America Row
Hartford, CT 06103-2819

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok, Esq.
William A. Rome, Esq.
Hoffman & Pollok
260 Madison Avenue, 22nd Floor
New York, NY  10016

Jason M. Kuselias