UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Joseph Fiorillo

V.                                  Case Number: 3:01cv2436(WWE)

Frank Perrotti, Jr., et al

**ORDER**

Doc. #76  Motion for extension of time until **7/7/04** to respond to Discovery **ORDERED ACCORDINGLY**.

Dated at Bridgeport, Connecticut, June 28, 2004.

KEVIN F. ROWE, CLERK

By: /s/ Tiffany R. Beverley
    Deputy Clerk