FILED

2004 AUG 19 A 9: 49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSEPH FIORILLO

    Plaintiff,                     :    CIVIL NO. 3:01CV02436 (WWE)

V.

FRANK PERROTTI, JR., and AUTOMATED
SALVAGE TRANSPORT, INC.

    Defendants.

                                   :    AUGUST 18, 2004

## MOTION FOR ENLARGEMENT OF TIME (SCHEDULING ORDER)

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Frank Perrotti, Jr. ("Perrotti") respectfully requests an enlargement of the discovery deadline, and all other deadlines impacted by the discovery deadline, set forth in the Scheduling Order.

The deadline to complete discovery was June 30, 2004. During a status conference with the Court on July 28, 2004, the Court inquired whether the parties would need any additional time to complete discovery. The undersigned indicated that additional time would be required and indicated that a motion seeking the extension would be filed. Wherefore, Perrotti moves the Court to extend the deadline to complete discovery to September 30, 2004 and further that all impacted deadlines be extended accordingly.

The undersigned has contacted counsel for Fiorillo who does not object to this motion.

HART1-1200310-1

DEFENDANT,

FRANK PERROTTI, JR.

_____
Craig A. Raabe – (ct 04116)
Email: craabe@rc.com
Jason M. Kuselias -- (ct20293)
Email: jkuselias@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860)275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent via facsimile and first class mail, postage prepaid, on this 18TH day of August, 2004 to:

Kurt F. Zimmermann, Esq.
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT 06510

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr., Esq.
Shipman & Goodwin LLP
One America Row
Hartford, CT 06103-2819

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok, Esq.
William A. Rome, Esq.
Hoffman & Pollok
260 Madison Avenue, 22nd Floor
New York, NY 10016

_____
Jason M. Kuselias