UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 19 A 9: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

JOSEPH FIORILLO

    Plaintiff,

V.

FRANK PERROTTI, JR., and AUTOMATED
SALVAGE TRANSPORT, INC.

    Defendants.

CIVIL NO. 3:01CV02436 (WWE)

AUGUST 18, 2004

## MOTION FOR ENLARGEMENT OF TIME (SCHEDULING ORDER)

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Frank Perrotti, Jr. ("Perrotti") respectfully requests an enlargement of the discovery deadline, and all other deadlines impacted by the discovery deadline, set forth in the Scheduling Order.

The deadline to complete discovery was June 30, 2004. During a status conference with the Court on July 28, 2004, the Court inquired whether the parties would need any additional time to complete discovery. The undersigned indicated that additional time would be required and indicated that a motion seeking the extension would be filed. Wherefore, Perrotti moves the Court to extend the deadline to complete discovery to September 30, 2004 and further that all related deadlines be extended accordingly.

The undersigned has contacted counsel for Fiorillo who does not object to this motion.

200310-1

---

Motion Granted.
Discovery cutoff date Sept. 30, 2004
Dispositive Motions due by Oct. 29, 2004
SO ORDERED
8/20/2004
Warren W. Eginton, Sr. U.S.D.J.