# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH FIORILLO,<br>    Plaintiff<br>    V.<br>FRANK PERROTTI, JR., and<br>AUTOMATED SALVAGE<br>TRANSPORT, INC.<br>    Defendants | :<br>:<br>: Civil No. 3:01CV02436 (WWE)<br>:<br>:<br>:<br>:<br>    March 7, 2005 |
| FRANK PERROTTI, JR.<br>    Third Party Plaintiff,<br>    V.<br>THOMAS MILO<br>    Third Party Defendant | :<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL

JOSEPH FIORILLO, Plaintiff, through undersigned counsel, together with Defendants - Third Party Plaintiff's, FRANK PERROTTI, JR. , and AUTOMATED SALVAGE TRANSPORT, INC. [ASTI], and Third-Party Defendant, Thomas Milo, hereby stipulate pursuant to Rule 41, Federal Rules of Civil Procedure that the Complaint, as amended, and Third-party action be dismissed by the Court because the matters have been settled.

So stipulated:

JOSEPH FIORILLO, Plaintiff

_____  March 7, 2005
By: Kurt F. Zimmermann
  Federal Bar No. ct00581
  Silverstein & Osach, P.C.
  234 Church Street, Suite 903
  New Haven, CT 06510
  Telephone: 203-865-0121
  Fax: 203-865-0255

(Stipulation of Dismissal, continued)

FRANK PERROTTI, JR. Defendant and Third-Party Plaintiff

_____   March    , 2005
By: Jason M. Kuselias, Esq.
    Craig A. Raabe, Esq.
    Robinson & Cole, LLP
    280 Trumbull Street
    Hartford, CT 06103-3597

THOMAS MILO, Third-Party Defendany

_____   March    , 2005
By: John L. Pollok, Esq.
    William A. Rome, Esq.
    Hoffman & Pollok
    260 Madison Ave 22nd FL
    New York, NY 10016

CERTIFICATION

This is to certify that on March    , 2005, a copy of the **STIPULATION OF DISMISSAL** as executed was sent by U.S. Mail to:

Jason M. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr. Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok, Esq.
William A. Rome, Esq.
Hoffman & Pollok
260 Madison Ave 22nd FL
New York, NY 10016

_____
Kurt F. Zimmermann

(Stipulation of Dismissal, continued)

FRANK PERROTTI, JR. Defendant and Third-Party Plaintiff

By: /s/ Jason M. Kuselias, Esq.  March    , 2005
    Craig A. Raabe, Esq.
    Robinson & Cole, LLP
    280 Trumbull Street
    Hartford, CT 06103-3597

THOMAS MILO, Third-Party Defendany

By: _____  March    , 2005
    John L. Pollok, Esq.
    William A. Rome, Esq.
    Hoffman & Pollok
    260 Madison Ave 22nd FL
    New York, NY 10016

### CERTIFICATION

This is to certify that on March    , 2005, a copy of the **STIPULATION OF DISMISSAL** as executed was sent by U.S. Mail to:

Jason M. Kuselias, Esq.
Craig A. Raabe, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Glenn M. Cunningham, Esq.
R. Michael Meo, Jr. Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

Joseph E. Faughnan, Esq.
Karen Baldwin Kravetz
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

John L. Pollok, Esq.
William A. Rome, Esq.
Hoffman & Pollok
260 Madison Ave 22nd FL
New York, NY 10016

/s/ Kurt F. Zimmermann